**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| **IN RE:**<br><br>Masakela Marcellus Layrock<br><br>Debtor(s) | Case No.: 10 B 18752<br>Chapter: 13<br>Hearing Date: 9/27/12<br><br>Judge Janet S. Baer |

## NOTICE OF MOTION

TO: Tom Vaughn, Chapter 13 Trustee, 55 E. Monroe, Suite 3850, Chicago, IL 60603 by electronic notice through ECF
Masakela Marcellus Layrock, Debtor(s), 4041 South Michigan, APT# 3N, Chicago, IL 60653
Nathan E Curtis, Attorney for Debtor(s), 55 E Monroe Street, #3400, Chicago, IL 60603 by electronic notice through ECF

PLEASE TAKE NOTICE that on the 9/27/12, at 09:30AM, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Janet Baer, Bankruptcy Judge, in the courtroom usually occupied by him/her at the Everett McKinley Dirksen Building, 219 South Dearborn, Chicago, Illinois615 or before any other Bankruptcy Judge who may be sitting in his/her place and stead, and shall then and there present this Motion of the undersigned, a copy of which is attached hereto and herewith served upon you, and shall pray for the entry of an Order in compliance therewith, at which time you may appear is you so desire.

## PROOF OF SERVICE

The undersigned, an attorney, hereby certifies that I have served a copy of this Notice along with the attached Motion upon the parties listed above, as to the Trustee and Debtor's attorney via electronic notice on August 30, 2012 and as to the debtor by causing same to be mailed in a properly addressed envelope, postage prepaid, from 7140 Monroe Street, Willowbrook, IL 60527 before the hour of 5:00 PM on August 30, 2012.

/s/ Peter C. Bastianen
Attorney for Movant

Berton J. Maley ARDC#6209399
Gloria C. Tsotsos ARDC# 6274279
Jose G. Moreno ARDC#6229900
Rachael A. Stokas ARDC#6276349
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
Maria A. Georgopoulos ARDC#6281450
Cari A. Kauffman ARDC#6301778
**Codilis & Associates, P.C.**
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
**C&A FILE (14-09-42256)**

NOTE: This law firm is deemed to be a debt collector.

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that I have served a copy of this Notice along with the attached Motion upon the parties listed below, as to the Trustee and Debtor's attorney via electronic notice on August 30, 2012 and as to the debtor by causing same to be mailed in a properly addressed envelope, postage prepaid, from 7140 Monroe Street, Willowbrook, IL 60527 before the hour of 5:00 PM on August 30, 2012.

Tom Vaughn, Chapter 13 Trustee, 55 E. Monroe, Suite 3850, Chicago, IL 60603 by electronic notice through ECF
Masakela Marcellus Layrock, Debtor(s), 4041 South Michigan, APT# 3N, Chicago, IL 60653
Nathan E Curtis, Attorney for Debtor(s), 55 E Monroe Street, #3400, Chicago, IL 60603 by electronic notice through ECF

/s/ Peter C. Bastianen
Attorney for Movant

Berton J. Maley ARDC#6209399
Gloria C. Tsotsos ARDC# 6274279
Jose G. Moreno ARDC#6229900
Rachael A. Stokas ARDC#6276349
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
Maria A. Georgopoulos ARDC#6281450
Cari A. Kauffman ARDC#6301778
**Codilis & Associates, P.C.**
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
**C&A FILE (14-09-42256)**

NOTE: This law firm is deemed to be a debt collector.

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| **IN RE:**<br><br>Masakela Marcellus Layrock<br><br>Debtor(s) | Case No.: 10 B 18752<br>Chapter: 13<br>Hearing Date: 9/27/12<br><br>Judge Janet S. Baer |

## MOTION TO AUTHORIZE LOAN MODIFICATION AGREEMENT

**NOW COMES** GSF MORTGAGE CORPORATION, (hereinafter "Movant"), by and through its attorneys, Codilis & Associates, P.C., and moves this Honorable Court for an entry of an order authorizing loan modification agreement, and in support thereof states as follows:

1. This Court has jurisdiction pursuant to 28 U.S.C. §1334 and Internal Operating Procedure 15(a) of the United States District Court for the Northern District of Illinois, Eastern Division;

2. The Debtor is indebted to Movant for which the Movant claims a valid security interest in the property commonly known as 4041 S. Michigan Avenue, Unit #3N, Chicago, Illinois;

3. Enforcement of this security interest has been stayed automatically by operation of 11 U.S.C. §362 of the Bankruptcy Code upon Debtor filing of this petition on 4/27/10;

4. Movant and Debtor have negotiated the attached loan modification agreement whereby payment on pre-petition arrearages will not come due until the Debtor receives a bankruptcy discharge at which time the unpaid arrearages shall be added to the principal balance, the loan brought contractually current, and the maturity date extended as necessary to allow the loan to be paid in full;

5. Debtor has brought a motion concurrently with this motion to remove the pre-petition arrearages from the plan;

6. Movant requests that the Trustee be directed to cease making disbursements on Movant's proof of claim;

7. Movant has incurred attorney fees in connection with this motion in the amount of $650.00 for the preparation and filing of this motion and prosecution of same;

**WHEREFORE,** GSF MORTGAGE CORPORATION prays this Court enter an Order authorizing loan modification agreement and for such other and further relief as this Court may deem just and proper.

Dated this August 30, 2012.

Respectfully Submitted,
Codilis & Associates, P.C.

By: /s/ Peter C. Bastianen

Berton J. Maley ARDC#6209399
Gloria C. Tsotsos ARDC# 6274279
Jose G. Moreno ARDC#6229900
Rachael A. Stokas ARDC#6276349
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
Maria A. Georgopoulos ARDC#6281450
Cari A. Kauffman ARDC#6301778
**Codilis & Associates, P.C.**
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
**C&A FILE (14-09-42256)**

NOTE: This law firm is deemed to be a debt collector.